AO 91 (Rev. 11/11) Criminal Complaint

AUTHORIZED AND APPROVED/DATE: s/ JACKIE HUTZELL 10/23/26

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

FILED

4:36 pm, Oct 23, 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: LDC, Deputy Clerk

United States of America
v.
TIJAY JILES

*Defendant(s)*

Case No. M-26- 511 -STE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 7, 2026 in the county of Oklahoma in the Western District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

BRYAN TRULSON, Deputy Marshal (USMS)

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2026

*Judge's signature*

City and state: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR AN ARREST WARRANT**

I, Bryan Trulson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Bryan Trulson, am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses as set forth in 18 U.S.C. § 2516.

2. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and completed training at the Federal Law Enforcement Training Center, Brunswick, Georgia, in 2007. Since that time, I have participated in numerous fugitive investigations that have led to arrest.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from records, other law enforcement agents, witnesses, and other concerned parties. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include each and every fact known to me concerning this investigation.

4. This affidavit is presented for the limited purpose of seeking a federal complaint and arrest warrant for **TIJAY JILES**, date of birth XX/XX/2004, SSN: XXX-XX-4664. This complaint and arrest warrant are being sought for a violation of Title 18, United States Code, Section 751(a), Escape from Custody. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include each and every fact known to me concerning this investigation. Instead,

I have listed those facts I believe necessary to establish probable cause to believe that **JILES** committed the above identified crime.

## PROBABLE CAUSE

5. On June 21, 2024, after pleading guilty to one count of carjacking, **JILES** was sentenced in the United States District Court for the District of Colorado, 23-CF-288-RMR, to serve 50 months in the custody of the Federal Bureau of Prisons. On March 20, 2026, **JILES** and a witness, signed a Federal Bureau of Prisons, Community Based Agreement form acknowledging he was still in the custody of the United States Attorney General and the Federal Bureau of Prisons. His custody was designated to be served at Core Civic, a facility contracted by the Federal Bureau of Prisons, located at 517 SW 2nd Street, Oklahoma City, Oklahoma. In the signed agreement, he further acknowledged that failure to remain at the required locations may result in prosecution for escape.

6. On October 7, 2026, at 1501 hours, **JILES** signed out of Core Civic with permission to attend his job at ATC Drivetrain. At approximately 1600 hours, Oklahoma City Police Department (OCPD) officers, who were attempting to locate another subject, observed an individual they later identified as **JILES**, in the area of North May Avenue and General Pershing Boulevard.[1] They saw **JILES** exit an apartment and enter a dark colored 2015 BMW. He then quickly pulled into a nearby parking lot and walked inside the building. **JILES** came out shortly thereafter, actively watching the unmarked police cars, and walking away from the vehicle. A short time later, a female approached the

---

[1] This is approximately 3 miles from ATC Drivetrain.

BMW on foot, which was registered to **JILES**, and drove the car off. A traffic stop was conducted based on traffic violations and the driver said **JILES** had called her to come trade cars with him because he was having car trouble and needed to go to work. She then gave him the keys to her Dodge Charger and went and got his BMW.

7. At 1833 hours, OCPD officers went to Core Civic to look for **JILES.** He was not there and had not reported to work. At 1848 hours, the Assistant Facility Director of Core Civic called **JILES's** cell phone and he did not answer. At 1908 hours, the facility initiated escape procedures.

8. Around 2130 hours, OCPD officers attempted to stop a 2012 silver Dodge Charger, which **JILES** was driving. The Charger failed to stop, increased speed, and disregarded traffic signals, which initiated a pursuit. The car eventually encountered a dead end street and entered a field, where it wrecked. **JILES** and his passenger then exited the vehicle and ran. **JILES** was arrested around 2200 hours. **JILES** was charged with endangering others while eluding police officers and carrying or possessing a firearm as a convicted felon, and booked into the Oklahoma County Detention Center, Oklahoma City, Oklahoma.

9. On October 7, 2026, the Federal Bureau of Prisons notified the United States Marshals Service, Western District of Oklahoma, Oklahoma City, Oklahoma that **JILES** had been arrested by the Oklahoma City Police Department. **JILES** arrest violated the conditions of his incarceration, without the permission of the Federal Bureau of Prisons or the Attorney General of the United States. In addition to the notification, the Federal Bureau of Prisons provided the United States Marshals Service with a Notice of Escaped

Federal Prisoner form, providing identifying information of **JILES** to include his photo, date of birth, social security number, physical characteristics and a narrative of the incident.

10. Based upon the aforementioned facts and circumstances, I believe that probable cause exists that on or about October 7, 2026, in Oklahoma City, Oklahoma, in the Western District of Oklahoma, **Tijay JILES**, escaped from custody, in violation of Title 18, United States Code, Section 751(a).

Respectfully submitted,

BRYAN TRULSON
Deputy United States Marshal
United States Marshals Service

SWORN and SUBSCRIBED before me this 23rd day of October, 2026.

SHON T. ERWIN
United States Magistrate Judge
Western District of Oklahoma